UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| EILEEN EAMES, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>- against -<br><br>MARIO'S EXPRESS SERVICE, INC. d/b/a MX LOGISTICS, INC., and MARIO PEREIRA, an Individual, LEE PEREIRA, an individual, and LUIS PERRERA, an Individual,<br><br>Defendants. | Civil Action No. 2:18-cv-03807-KSH-CLW<br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO ALL DEFENDANTS |

Plaintiff Eileen Eames, through her undersigned attorneys, voluntarily dismisses this action without prejudice and without fees or costs, as to all defendants, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). No answer or motion for summary judgment has been served by any defendant.

Dated: June 4, 2018

So ordered:
*[signature]* 6/4/18

LAW OFFICES OF MITCHELL SCHLEY, LLC
By:   s/Mitchell Schley
      Mitchell Schley
      mschley@schleylaw.com
      197 Route 18 South
      South Tower, Suite 3000
      East Brunswick, NJ 08816
      Telephone: 732-325-0318
      *Attorneys for Plaintiff*